IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
04 FEB -4 PM 1:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| ERNEST O. GRIMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 00-AR-2849-S |
| ) | |
| FAIRFIELD SOUTHERN ) | |
| ) | |
| Defendant. ) | |

ENTERED
FEB 0 4 2004

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, the objections of the plaintiff, and the defendant's response to the plaintiff's objections, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion for summary judgment is due to be granted and this action dismissed. An appropriate order will be entered.

DONE this 4th day of February, 2004.

_____
WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE

